# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | NO. 4:18-CR-00088-ALM-BD-2 |
| JONOAH CHAMPION (2) § | |
| § | |
| § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 81 (sealed).

## PROCEDURAL HISTORY

In March 2019, United States District Judge Amos L. Mazzant sentenced defendant Jonoah Champion to 60 months imprisonment followed by three years of supervised release. Dkt. 70 at 2–3. Champion's term of supervised release commenced November 30, 2022. Dkt. 81 at 1 (sealed).

In June 2024, a probation officer petitioned the court for an arrest warrant, alleging that Champion had violated two conditions of his supervised release. Dkt. 81 (sealed). The government later moved to withdraw allegation two. Minute Entry for Oct. 8, 2024. That left the petition with one active allegation: that Champion had violated the condition that required him to report to a probation office within 72 hours of the time he was released. Dkt. 81 (sealed).

A final revocation hearing was held before me on October 8, 2024. Champion pleaded true to the active allegation. Minute Entry for Oct. 8, 2024. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. Dkt. 91. The government requested a sentence of 10 months imprisonment followed by 24 months of supervised release, which is within the federal sentencing guidelines; the defendant agreed. The defendant stated that his arrest warrant was signed June 19, 2024. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegation two in the petition, Dkt. 81 (sealed), be dismissed; (2) Champion's supervised release be revoked based on allegation one in that petition, *id.*; (3) Champion be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 10 months, to run consecutive to any other term of imprisonment, followed by 24 months of supervised release under all of the prior conditions of supervised release imposed in the original judgment; and (4) Champion be placed at FCI Forrest City Low in Forrest City, Arkansas, if appropriate.

So ORDERED and SIGNED this 18th day of October, 2024.

_____
Bill Davis
United States Magistrate Judge