# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:18-CR-88-ALM-BD-2 |
| | § |
| JONOAH CHAMPION (2) | § |
| | § |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #92) that allegation two of the petition for a warrant be dismissed; Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutive to any other term of imprisonment, followed by twenty-four (24) months of supervised release under all of the prior conditions of supervised release imposed in the original judgment; and Defendant be placed at FCI Forrest City Low in Forrest City, Arkansas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #91), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegation two is hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutive to any other term of imprisonment, followed by twenty-four (24) months of supervised release under all of the prior conditions of supervised release imposed in the original

judgment; and the Court hereby recommends Defendant be placed at FCI Forrest City Low in Forrest City, Arkansas, if appropriate.

    **IT IS SO ORDERED.**

    **SIGNED this 22nd day of October, 2024.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE