**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:18-CR-00088-ALM-BD** |
| | § | |
| **JONOAH CHAMPION (2)** | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 98 (sealed).

**PROCEDURAL HISTORY**

On March 18, 2019, United States District Judge Amos L. Mazzant, III, sentenced defendant Jonoah Champion to 60 months of imprisonment followed by three years of supervised release. Dkt. 70. Champion's current term of supervised release commenced July 11, 2025. Dkt. 98 (sealed).

In January 2026, a probation officer petitioned the court for a warrant, alleging that Champion had violated conditions of his supervised release. *Id.* The petition alleged that Champion had violated conditions that required him to refrain from any unlawful use of a controlled substance; to live at a place approved by his probation officer or notify his officer of any change; to follow his probation officer's instructions; and to participate in a psychiatric, psychological, or mental-health treatment program. *Id.*

A final revocation hearing was held before me on May 27, 2026. Champion pleaded true to allegations one through four. Minute Entry for May 27, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 109.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Champion's supervised release be revoked based on allegations one through four in the petition for revocation of his supervised release, Dkt. 98 (sealed); (2) Champion be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, with no term of supervised release to follow; and (3) Champion be placed at FCI Texarkana in Texarkana, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 29th day of May, 2026.

_____
Bill Davis
United States Magistrate Judge